IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DOROTHY MCCASKIL,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:19-CV-1276-L** |
| | § | |
| **SKYLINE POST ACUTE LLC, d/b/a** | § | |
| **FT. WORTH WELLNESS &** | § | |
| **REHABILITATION**, | § § | |
| Defendant. | § § | |

## ORDER

Before the court is Defendant's Opposed Motion to Transfer Venue to Fort Worth Division ("Motion") (Doc. 10), filed June 21, 2019. On August 29, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 17) was entered, recommending that the court grant Defendant's Motion and, pursuant to 28 U.S.C. § 1404(a), transfer this action to the Fort Worth Division. No objections to the Report were filed.

After reviewing the Motion, briefs, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion (Doc. 10) and, pursuant to 28 U.S.C. § 1404(a), **transfers** this case to the Fort Worth Division of the Northern District of Texas and **directs** the clerk of the court to effect the transfer in accordance with the usual procedure.

**It is so ordered** this 13th day of September, 2019.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**